SIMON SHINLER, plaintiff in error, vs. ISAAC HOUSTON, defendant in error.—*Judgment reversed with a venire de novo by the Supreme Court; costs to abide the event.*   G. STOW and N. HILL, Jr., for plaintiff in error; J. A. SPENCER and J. D. WILLARD, for defendant in error.

This was a question of what constitutes a sale and delivery under the statute of cumbrous articles, (a pile of lumber.) (Reported, 1 Comstock, 261.)